**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| ANGELICA MAYA | § § | |
| VS. | § § | CIVIL ACTION NO._____ (DIVERSITY) |
| WAL-MART STORES TEXAS, LLC | § | |

**NOTICE OF REMOVAL OF ACTION UNDER**
**28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, LLC,** hereby removes to this Court the state court action described below.

1. On March 27, 2019, an action was commenced in the County Court at Law No. 5, Hidalgo County, Texas, entitled, *Angelica Maya vs. Wal-Mart Stores Texas, LLC,* in Cause Number CL-19-1671-E. A copy of the suit is *attached hereto as Exhibit A*.

2. The first date upon which Defendant, Wal-Mart Stores Texas, LLC, received a copy of the said complaint was April 8, 2019, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit B*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   A)   Plaintiff's Original Petition, Request for Admissions, Request for Disclosure, Request for Production and First Set of Interrogatories;
   B)   Copy of Return Citation of Defendant Wal-Mart Stores Texas, LLC;
   C)   Docket Sheet;
   D)   Defendant's Original Answer, Affirmative Defenses, and Special Exceptions to Plaintiff's Original Petition and Requests for Disclosure;
   E)   Defendant's Request for Jury Trial; and
   F)   Order Setting Hearing on Special Exceptions to Plaintiff's Original Petition.

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter a copy of which is *attached hereto as* **Exhibit C.**

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On April 8, 2019, the Plaintiff served upon the Defendant, Plaintiff's Original Petition with Jury Demand, a copy of which *is attached hereto as* **Exhibit A**.

4.  In her Original Petition, Plaintiff plead that she is seeking monetary damages of no more than $75,000.00. The elements of damages for which she seeks compensation includes past and future: (1) medical expenses; (2) pain and suffering; (3) mental anguish; (4) loss of income and earning capacity; (5) loss of physical capacity other than wage earning; (6) physical disfigurement and; (7) exemplary damages. Additionally, the plaintiff has produced medical billing records demonstrating past medical expenses in the amount of $24,997.21, has not disclosed billing records of treating chiropractor, and a right knee surgical recommendation at an estimated cost of $42,505.87 has been made by one of her treating doctors. As such, Wal-Mart submits that the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

5.  Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in Hidalgo County.

6.  Defendant, Wal-Mart Stores Texas, LLC, was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

7.  Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

8.  Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

9.  Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

10. Plaintiff and Defendant demanded a jury in the state court suit.

11. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

**DATED:**    May 8, 2019.

        Respectfully Submitted,

        **DAW & RAY, L.L.P.**

        */s/ Jaime A. Drabek*
        **JAIME A. DRABEK,** Attorney-in-Charge
        Federal ID No. 8643
        State Bar No. 06102410
        **RICARDO G. BENAVIDES**
        Federal ID No. 32205
        State Bar No. 24031735
        **ASHLEY CEDILLO**
        Federal ID No. 3123218
        State Bar No. 24092236
        3900 N. 10th Street, Suite 950
        McAllen, TX 78501
        Telephone: (956) 687-3121
        Facsimile: (956) 686-3188
        Email: jdrabek@dawray.com
        Email: rbenavides@dawray.com
        Email: acedillo@dawray.com

        **ATTORNEYS FOR DEFENDANT,**
        **WAL-MART STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by electronic mail on this the **8th day of May, 2019,** to-wit:

Mr. Humberto Tijerina, III
Mr. Cesar Palma
**TIJERINA LEGAL GROUP, P.C.**
1200 South Col. Rowe Boulevard, Suite 4A
McAllen, Texas 78501
Telephone: (956) 777-7000
Facsimile: (956) 972-0144
Email: TijerinaLit@gmail.com
Email: ht@legalfirm.com
Email: cpalma@tlegalgroup.com


/s/ Jaime A. Drabek
Jaime A. Drabek

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | **AFFIDAVIT** |
| COUNTY OF HIDALGO § | |

**BEFORE ME**, the undersigned authority, on this day personally appeared Ricardo G. Benavides of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Angelica Maya; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ricardo G. Benavides

SWORN TO AND SUBSCRIBED before me on this 8th day of May, 2019.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS