UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANGELICA MAYA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-167 |
| § | |
| WAL-MART STORES TEXAS, LLC, § | |
| § | |
| Defendant. § | |

## **ORDER**

Before the Court is the "ADR Memorandum to Clerk of Court"[1] ("ADR Memorandum"), "Notice of Settlement,"[2] and "Stipulation of Dismissal"[3] filed by the parties. In the ADR Memorandum, Gil P. Peralez, the ADR Provider, indicates the parties settled this dispute through mediation.[4] In the Stipulation of Dismissal, the parties announce to the Court that they "have reached and entered into a settlement agreement disposing of all claims . . ."[5]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of November, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 9.
[2] Dkt. No. 12.
[3] Dkt. No. 11.
[4] Dkt. No. 9.
[5] Dkt. No. 11.